[Nos. 10206–4–II; 10211–1–II.  Division Two.  May 10, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVE L. HAGGARD, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST M. KNAPP, *Appellant.*

Appeals from a judgment of the Superior Court for Thurston County, No. 86–1–00172–1, Paula Casey, J.,

entered July 21, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.